# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142127(54)

CANDICE JOHNSON and BABY JOHNSON,
      Plaintiffs-Appellees,

v

RAJAN PASTORIZA, M.D. and RAJAN
PASTORIZA, M.D., P.L.C., d/b/a WOMEN'S
FIRST HEALTH SERVICES,
      Defendants-Appellants.
_____

SC: 142127
COA: 288338
Jackson CC: 08-000721-NH

On order of the Chief Justice, the motion by defendants-appellants for extension to June 8, 2011 of the time for filing their brief and appendix is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2011

Clerk